WAYNE A. HERSH, Bar No. 71195
DAVID S. MAOZ, Bar No. 233857
LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA  92614
Telephone:  949.705.3000
Facsimile:   949.724.1201
E-mail: whersh@littler.com; dmaoz@littler.com

Attorneys for Defendant
PRE-PAID LEGAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES POLICES PROTECTIVE LEAGUE, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRE-PAID LEGAL SERVICES, INC., an Oklahoma corporation doing business in California; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  CV09- 3524 SVW (PLAx)<br><br>**ORDER RE: STIPULATION RE: PROTECTIVE ORDER** |

[PROPOSED] ORDER

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES POLICES PROTECTIVE LEAGUE, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRE-PAID LEGAL SERVICES, INC., an Oklahoma corporation doing business in California; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  CV09- 3524 SVW (PLAx)<br><br>**ORDER RE: STIPULATION RE: PROTECTIVE ORDER** |

[PROPOSED] ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Parties Stipulation Re Protective Order, attached hereto as Exhibit "A" is hereby entered in its entirety as an Order of this Court.

Dated: June 29, 2009

/s/ - Paul L. Abrams
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

[PROPOSED] ORDER    1.